JS6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| ALEXANDRIA CHAMBERS, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CALIFORNIA REHABILITATION INSTITUTE, LLC, a Delaware limited liability company; CRI ES, INC., a Delaware corporation; and DOES 1 through 100,<br><br>    Defendants. | Case No. 2:21-cv-06775 RGK-AGRx<br><br>[*Assigned to the Hon. R. Gary Klausner*]<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Action Filed:      June 21, 2021<br>Date of Removal:  September 3, 2021<br>Trial Date:        None set |

ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION

## __ORDER__

The Court, having reviewed the Parties' Joint Stipulation to Remand Removed Action to Los Angeles County Superior Court, and GOOD CAUSE appearing therefor, hereby ORDERS as follows:

1. The Stipulation is approved and the joint request to remand is GRANTED.

2. This action is hereby remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: ____9/29/2021____, 2021

_____
Hon. R. Gary Klausner
United States District Judge

cc: LASC, Case No. 21STCV20399

ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION